**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No.  05-cr-00278-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  JOSEPH HAROLD KISER,

      Defendant.

---

**MOTIONS HEARING AGENDA
(August 4, 2006, 10:30 a.m.)**

---

      **IT IS ORDERED** that at the motions hearing set to commence at 10:30 a.m., on August 4, 2006, the court shall hear pending motions in the following order.  The parties shall be prepared to present oral argument on the issues raised by and inherent to these motions.

| Item No. | Dkt. No. | Motion Title | Date Filed | Action |
|---|---|---|---|---|
| 1 | 25 | Defendant's **Motion to Dismiss Counts 5-6; Failure to State a Crime** | 3/13/06 | |
| 2 | 28 | Defendant's **Motion to Dismiss Counts 1-3; Prosecution Prohibited by Statute of Limitations** | 3/13/06 | |
| 3 | 27 | Defendant's **Motion to Inspect Jury Lists for Grand Jury Indicting Joseph H. Kiser** | 3/13/06 | |
| 4 | 26 | Defendant's **Motion for Separate Trial on Counts Five and Six** | 3/13/06 | |
| 5 | 45 | **Parties' Joint Motion To: (1) Vacate Current Trial Date of 9/4/2006; and (2) Continue and Reset Trial Date** | 7/14/06 | |

      Dated August 1, 2006, at Denver, Colorado.

                                                **BY THE COURT:**

                                                **s/ Robert E. Blackburn**
                                                **Robert E. Blackburn
                                                United States District Judge**